AMBASSADOR STUDIOS, INC., Appellant, v. HORACE M. PEREIRA, Doing Business as VILLA SERVICE STATION, Respondent.— Order of the County Court of Nassau county affirming a judgment of the Justice's Court, town of Hempstead, dismissing the complaint in an action to recover upon a contract for advertising, reversed on the law and the facts, with costs, judgment of the Justice's Court reversed, with costs, and judgment directed for plaintiff for the amount claimed, with costs. This court reverses any finding of fact made by the justice of the peace to the effect that the defendant did not read or understand the provisions of paragraph 4 of the contract, or that he was prevented from so reading it by plaintiff's salesman, and this court finds that the plaintiff knew and understood the provision in question and that, having failed to give the notice required thereby, he is liable under the contract. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur. Settle order on notice.

MELISSA E. AUSTIN, as Administratrix, etc., of CHARLES AUSTIN, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Action under the Federal Employers' Liability Act to recover for the death of plaintiff's intestate, an employee of defendant, who, while riding on a velocipede on the track, was struck and killed by a locomotive. Judgment dismissing the complaint at the close of plaintiff's case and order denying plaintiff's motion to vacate and set aside the dismissal unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

BUSHWICK CORNICE WORKS, INC., Respondent, v. THOMAS J. BYRNE Co., and Others, Defendants; EDWARD O. SEIFFERT and Another, as the Trustees of an Express Trust, Appellants.— Judgment in favor of the plaintiff in an action to foreclose a mechanic's lien unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

LOUIS CAPUANO, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Order granting plaintiff's motion for summary judgment and judgment entered thereon in action upon a policy of insurance issued pursuant to section 17 of the Vehicle and Traffic Law to its insured, against whom plaintiff had a judgment for loss of services of his wife, reimbursement for expenses incurred for medical services, and for property damage, unanimously affirmed, with costs. (*Floyd* v. *Consolidated Indemnity & Insurance Co.*, 237 App. Div. 190.) Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.